No. 5014.

GEORGE COLLINS et als. *v.* MISSISSIPPI AND MEXICAN SHIP CANAL AND DRAINING COMPANY.

This is made up of separate suits; the judgments were separate; and in none of the cases were $500 demanded. They were consolidated and taken as it was merely for convenience. It follows that this court has no jurisdiction.

APPEAL from the Superior District Court, parish of Orleans. *Hawkins*, J. *W. B. Koontz*, for plaintiffs and appellees. *Rice & Whitaker*, for Van Orden, appellant. *George S. Lacey*, City Attorney, for the city of New Orleans, garnishee.

MORGAN, J. The plaintiffs, seven in number, instituted separate suits against the defendant and obtained judgment. Neither of the

Collins et als. v. Mississippi and Mexican Ship Canal and Draining Company.

claims sued upon amounted to $500. They then garnisheed the city, and subsequently traversed the answers. The rule traversing the answers was taken in the cases as they were numbered, but was expressed in one motion. Judgment was rendered against the garnishees, who have appealed.

The suits were separate, the judgments were separate, and in none of the cases was $500 demanded. The rule, although written on one piece of paper, mentions each case by its number separately, and must, we think, be considered as a separate rule in each case, and taken as it was merely for convenience. It follows that we have no jurisdiction. The motion to dismiss must prevail.

Appeal dismissed.